UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBIN BOYD,**<br>Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4359** |
| **CHRISTOPHER ANDERSON, ET AL.,**<br>Defendants | **SECTION: "E" (4)** |

### ORDER

Considering Defendants Selective Insurance Company of America and Advanced Climate Solutions LLC of Illinois's response[1] to this Court's Order to Amend Defendants' Notice of Removal;[2]

**IT IS ORDERED** that the instant action is **REMANDED** to the 29th Judicial District Court for the Parish of St. Charles, Louisiana.

**New Orleans, Louisiana, this 2nd day of December, 2022.**

                                                        _____
                                                             **SUSIE MORGAN
                                             UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 9.
[2] R. Doc. 5.